*See attach*

③
02-26-01
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-1829
:
BEN VARNER, ET AL., : (Judge Caldwell)
:
    Respondents :

**FILED**
**HARRISBURG, PA**

FEB 2 3 2001

MARY E. D'ANDREA, CLERK
Per _____

ORDER

AND NOW, this 23rd day of February, 2001, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of Columbia County.

2. Within 20 days of the date of this order, Respondents shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

    (a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented, including any postconviction remedies;

      (b)   be accompanied by those portions of any transcripts the Respondents deem relevant to disposing of the claims raised in the petition;

      (c)   indicate what other proceedings that might be relevant to the petition have been recorded but have not yet been transcribed;

      (d)   be accompanied by copies of any of the Petitioner's briefs on appeal, either from the judgment of conviction or from an adverse decision in a postconviction proceeding; copies of any opinions of the appellate courts in those proceedings; and any PCRA petitions.

3. Respondents shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. Petitioner shall, if he so desires file a reply brief within 15 days of receipt of the Respondents' filings.

5. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' answer and memorandum of law, and, if any, the Petitioner's reply.

William W. Caldwell
United States District Judge

UNITED STATES DISTRI[CT]
FOR THE
MIDDLE DISTRICT OF PEN[NSYLVANIA]

* * MAILING CERTIFICATE

February 23,

Re:  1:00-cv-01829   Shiffer v. Varner

True and correct copies of the attached wer[e mailed]
to the following:

    Kenneth Alan Shiffer
    SCI-D
    SCI at Dallas
    AT-1194
    Drawer K - Follies Rd.
    Dallas, PA  18612-0286

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served [by]
                                     U.S. Marshal ( )   Pltf's Attorney ( )

Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certifie[d]
                                     to: ~~US Atty Gen~~  PA Atty Gen (✓)
                                         DA of County (✓)   Respondents ( )

Bankruptcy Court                ( )
Other _____           ( )

                                              MARY E. D'ANDREA

DATE: 2/23/01                        BY: _____
                                          Deputy Clerk

Certified Mail receipts:
- PA Attorney Gen, 16th Fl. Strawberry [Sq.], HBG PA 171[01]
- Columbia County, PO Box 380, Bloomsburg PA