IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-1829
:
BEN VARNER, ET AL., : (Judge Caldwell)
:
    Respondents :

## O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    This petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was initiated by Kenneth Alan Shiffer, an inmate presently confined at the State Correctional Institution Dallas, Pennsylvania (SCI-Dallas). By order dated February 23, 2001, the Clerk of Court was directed to serve the petition on the Attorney General of Pennsylvania and the District Attorney of Columbia County.

    The order also directed the Respondents to submit an answer to the Petitioner's allegations within twenty (20) days. Although the relevant time period has passed, Respondents have

neither filed an answer nor sought an enlargement of time in which to do so.

In consideration of this matter it is Ordered that within ten (10) days of the date of this order, the Attorney General of Pennsylvania and the District Attorney of Columbia County shall show cause why they failed to file an answer to the petition, as directed in the court's February 23, 2001 order.

*William W Caldwell*
WILLIAM W. CALDWELL
United States District Judge

Date:   April 24, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 24, 2001

Re: 1:00-cv-01829  Shiffer v. Varner

True and correct copies of the attached were mailed by the clerk to the following:

Kenneth Alan Shiffer
SCI-D
SCI at Dallas
AT-1194
Drawer K - Follies Rd.
Dallas, PA  18612-0286

```
cc:
Judge                           (✓)      (✓) Pro Se Law Clerk
Magistrate Judge                ( )      ( ) INS
U.S. Marshal                    ( )      ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other _____  ( )
```

Van Wie

MARY E. D'ANDREA, Clerk

DATE: 4/24/01          BY: GV
                          Deputy Clerk