ORIGINAL

FILED
HARRISBURG, PA
APR 26 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH ALAN SHIFFER, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 1:CV-00-1829 |
| | : | |
| BEN VARNER, et. al., | : | (Judge Caldwell) |
| Respondents | : | |

THE ATTORNEY GENERAL'S ANSWER
TO THE RULE TO SHOW CAUSE

The Attorney General, by counsel, hereby responds to the order to show cause why the Office of Attorney General failed to file an answer to the petition, as directed by the Court's February 23, 2001, Order by providing the following information:

1.   The petitioner is challenging his conviction obtained in the Court of Common Pleas for Columbia County, Pennsylvania.

2.   Because the 1988 prosecution was performed by the district attorney for that county (albeit, a prior district attorney than the one presently in office),

when the petition was referred to the undersigned, he assumed that the answer would be filed by someone in the office of the present district attorney.

3. Because of the volume of habeas matters that cross the desk of the undersigned, he was unaware that the answer had not been filed until receiving word earlier this week.

4. It has been determined that the district attorney's office had prepared an answer to the petition but that it had not been mailed due to a series of events that will be explained in the district attorney's response to the rule.

5. The oversight was not the product of willful neglect and is being rectified with all deliberate speed by the district attorney.

WHEREFORE, the Attorney General requests that the Court accept this explanation (and the explanation of the district attorney) and permit the district attorney's answer to be filed.

Respectfully submitted,
D. MICHAEL FISHER
Attorney General

BY: *Francis R. Filipi*
FRANCIS R. FILIPI
Senior Deputy Attorney General
Attorney ID# 18630

SUSAN J. FORNEY
Chief Deputy Attorney General

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg PA 17120
717.787.3874 (Direct Dial)
717.772.4526 (Facsimile)
Internet: ffilipi@attorneygeneral.gov
Date: April 26, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH ALAN SHIFFER, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | NO. 1:CV-00-1829 |
| BEN VARNER, *et. al.*, | : | (Judge Caldwell) |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Francis R. Filipi, Senior Deputy Attorney General, hereby certify that on this date I caused to be served copies of the foregoing The Attorney General's Answer to The Rule to Show Cause, by depositing copies of same in the United States mail, postage prepaid in Harrisburg, PA., addressed to each of the following:

    Kenneth Alan Shiffer, AT-1194
    State Correctional Institution at Dallas
    Drawer K
    Dallas, PA 18612-0286

and:

    John McDanel, Esq.
    District Attorney
    Columbia County Courthouse
    P.O. Box 380
    Bloomsburg, PA 17815

*Francis R. Filipi*
FRANCIS R. FILIPI
Senior Deputy Attorney General

DATE: April 26, 2001