# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,                  :  CIVIL ACTION
                Petitioner             :
        v.                             :  No. 1:CV-00-1829
BEN VARNER, ET AL.,                    :
                Respondents            :

FILED
HARRISBURG, PA
MAY 1 0 2001
MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

PETITION FOR EXTENSION OF TIME

Kenneth Alan Shiffer, Petitioner, hereby request an extension of time, and represents the following:

1. On or about April 26, 2001, Respondents filed their answer to Petitioner's Petition for Writ of Habeas Corpus.

2. Respondents also filed on the above date their response to this Court's order dated April 24, 2001, and requested more time to file their answer to the Petitioner's petition.

3. Petitioner filed his objections to the answer filed by the Respondents.

4. Petitioner may filed his reply brief within 15 days of receipt of the Respondents filing of their answer.

5. That being, the Petitioner is requesting that the Respondents answer to his petition be denied due to it not being filed in a timely manner and that the Petitioner objects to any extension of time, Petitioner will not be able to file his reply brief until this court rules on his petition.

6. Petitioner will be filing his brief in support of his motion for habeas corpus relief, however, if he would have to file his brief to rely to the Respondents answer, the brief would have to be prepared in a different manner.

7. Petitioner requests an extension of time to file his reply to the Respondents answer. If the Court rules against Petitioner's petition to dismiss the Respondents answer, and/or if the Court grants Petitioner's petition to deny the Respondents answer, permit the Petitioner a set date to file his supported brief to his petition.

WHEREFORE, Petitioner prays that this Honorable Court grant him the extension of time requested.

Respectfully submitted,

Kenneth Shiffer
AT-1194
1000 Follies Road
Dallas, Pa.  18612-0286

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,           :   CIVIL ACTION
          Petitioner             :
     v.                          :   No. 1:CV-00-1829
BEN VARNER, ET AL.,              :
          Respondents            :

CERTIFICATION OF SERVICE

I, Kenneth Alan Shiffer, hereby certify that on the below date a copy of the within document was served by placing same, first-class postage prepaid, in the United States Mail, addressed to:

John W. McDanel, Esquire
Office of District Attorney
Court House
Main Street
Bloomsburg, Pa. 17815

Francis R. Filipi, Esquire
Office of Attorney General
Strawberry Square
Harrisburg, Pa. 17120

*/s/ Kenneth Shiffer*
Kenneth Shiffer
Petitioner

May 7, 2001