UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,          :
                               :
        Petitioner             :
                               :   CIVIL NO. 1:00-CV-1829
    v.                         :
                               :   (Judge Caldwell)
BEN VARNER, et al.,            :
                               :
        Respondents            :
                               :

FILED
HARRISBURG, PA

JUN 0 7 2001

MARY E. D'ANDREA, CLERK
PER_____
      DEPUTY CLERK

ORDER

AND NOW, this 6th day of June, 2001, it is ORDERED that upon consideration of the respondents' request for additional time to respond to the petition for writ of habeas corpus (doc. 6), IT IS ORDERED THAT said motion is GRANTED. A response to the petition for writ of habeas corpus shall be filed on or before June 26, 2001.

It is further ORDERED that upon consideration of Petitioner's motion of an extension of time to file a brief in support of his petition for habeas corpus (doc. 7), said motion is GRANTED. Petitioner Shiffer may file a reply brief within fifteen (15) days of receipt of the Respondents' filings.

WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

June 7, 2001

Re:  1:00-cv-01829    Shiffer v. Varner

True and correct copies of the attached were mailed by the clerk to the following:

```
Kenneth Alan Shiffer
SCI-D
SCI at Dallas
AT-1194
Drawer K - Follies Rd.
Dallas, PA  18612-0286

Francis R. Filipi, Esq.
Attorney General's Office
Strawberry Square
15th Floor
Harrisburg, PA  17120

John W. McDanel, Esq.
Office of the District Attorney
Columbia County
P.O. Box 380
Bloomsburg, PA  17815
```

```
cc:
Judge                           ( )           (/) Pro Se Law Clerk
Magistrate Judge                (/)           ( ) INS
U.S. Marshal                    ( )           ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
```

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | to: US Atty Gen ( ) | PA Atty Gen ( ) |  |
|  |  | DA of County ( ) | Respondents ( ) |  |
| Bankruptcy Court | ( ) |  |  |  |
| Other_____ | ( ) |  |  |  |

MARY E. D'ANDREA, Clerk

DATE: ____6/7/01____

BY:_____
Deputy Clerk