JUDGE'S CO[PY]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANI[A]

KENNETH ALAN SHIFFER,                    : CIVIL ACTION
                Petitioner               :
        v.                               : No. 1:CV-00-1829
BEN VARNER, ET AL.,                      :
                Respondents              :

### CLARIFICATION OF COURT ORDER DATED JUNE 7, 2001

Kenneth Alan Shiffer, Petitioner, hereby submits [this motion] for clarification of this court's order dated June 7, 2[001.]

1. On or about April 26, 2001, Respondents filed [an answer] to Petitioner's Petition for Writ of Habeas Corpus.

2. Respondents also filed on the above date th[eir response] to this Court's order dated April 24, 2001, and re[questing] time to file their answer to the Petitioner's petition.

3. Petitioner filed his reply to Respondents [response to] this court's order dated April 24, 2001, requesting [that the] Respondents' answer be denied by this court because it [was] out of time, and not showing just cause.

4. Upon filing the above reply, petitioner also [requested an] extension of time, which was granted by this court i[n its June] 7, 2001 order.

5. In the cou[rse of...]

to the petition for writ of habeas corpus, but did not r
Respondents' last answer that was filed.

6. Petitioner request that this court rule upon th
reply filed by the Respondents, to either denied the fil
request that the Respondents filed a new reply to the writ of
corpus, and/or to honor the Respondents first reply, and t
the petitioner a new date to reply to the Respondents first r

WHEREFORE, petitioner request that this Honorable Cour
clarification to their order dated June 7, 2001, to expl
Respondents first reply to petitioner's writ of habeas corpus
as filed, and/or if the Respondents need to file a new
Petitioner further request that if he to rely on the Resp
first filing then to allow him a new date to file his briefing

Respectfully submitted,

*(signature)*

Kenneth Shiffer
AT-1194
1000 Follies Road
Dallas, Pa. 18612-0286

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,  : CIVIL ACTION
        Petitioner  :
    v.  : No. 1:CV-00-1829
BEN VARNER, ET AL.,  :
        Respondents  :

### CERTIFICATION OF SERVICE

I, Kenneth Alan Shiffer, hereby certify that on the below date a copy of the within document was served by placing same, first-class postage prepaid, in the United States Mail, addressed to:

    John W. McDanel, Esquire
    Office of District Attorney
    Court House
    Main Street
    Bloomsburg, Pa. 17815

    Francis R. Filipi, Esquire
    Office of Attorney General
    Strawberry Square
    Harrisburg, Pa. 17120

Date: June 11, 2001

                      Kenneth Shiffer
                      Petitioner