seal

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER, :
:
Petitioner :
: CIVIL NO. 1:00-CV-1829
v. :
: (Judge Caldwell)
BEN VARNER, et al., :
:
Respondents :
:

ORDER

FILED
HARRISBURG, PA
JUN 18 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

AND NOW, this 18th day of June, 2001, it is ORDERED that upon consideration of Petitioner's request for "clarification of Court Order Dated June 7, 2001," (doc. 10), IT IS ORDERED THAT said request is DENIED. In accordance with this Court's previous order of June 7, 2001, Respondents will file a response to the petition for writ of habeas corpus on or before June 26, 2001. Petitioner may file a traverse or reply within fifteen (15) days of receipt of the Respondents' filing.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

```
                UNITED STATES DISTRICT COURT
                        FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                         June 18, 2001


   Re:  1:00-cv-01829    Shiffer v. Varner



   True and correct copies of the attached were mailed by the clerk
   to the following:


        Kenneth Alan Shiffer
        SCI-D
        SCI at Dallas
        AT-1194
        Drawer K - Follies Rd.
        Dallas, PA   18612-0286

        Francis R. Filipi, Esq.
        Attorney General's Office
        Strawberry Square
        15th Floor
        Harrisburg, PA   17120

        John W. McDanel, Esq.
        Office of the District Attorney
        Columbia County
        P.O. Box 380
        Bloomsburg, PA   17815




cc:
Judge                        (✓)                    (✓) Pro Se Law Clerk
Magistrate Judge             ( )                    ( ) INS
U.S. Marshal                 ( )                    ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
```

```
                              to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                   DA of County  ( )   Respondents   ( )
Bankruptcy Court          ( )
Other_____ ( )
                                                   MARY E. D'ANDREA, Clerk

DATE: _____6-18-01_____              BY: _____
                                           Deputy Clerk
```