(13)
8-10-01
Sa

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,          :
                               :
            Petitioner         :
                               :
      v.                       :      CIVIL NO. 1:00-CV-1829
                               :
                               :      (Judge Caldwell)
BEN VARNER, et al.,            :
                               :
            Respondents        :
                               :

**FILED**
HARRISBURG, PA

AUG 9 2001

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Upon review of the file in this case it appeared to the

court that the respondent, the District Attorney of Columbia

County, had failed to comply with the court's order of June 6,

2001, requiring a response to the section 2254 petition by June 26,

2001.

However, the District Attorney had complied with the

order because after the court inquired about it he forwarded to the

court a copy of an answer and memorandum which was mailed on April

26, 2001.

Unfortunately, the Clerk of Court never received the

documents and, based on the procedural history recited in the

petitioner's memorandum of law filed on July 12, 2001, neither did

the petitioner.

Accordingly, this 9th day of August, 2001, it is ordered that:

   1.   The Clerk of Court shall docket the respondent's answer and memorandum of law and forward a copy of those documents to the petitioner.

   2.   The petitioner shall have twenty days from the date of this order to file a reply to the answer and memorandum.

WILLIAM W. CALDWELL
United States District Judge

-2-

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 9, 2001

Re:  1:00-cv-01829    Shiffer v. Varner

True and correct copies of the attached were mailed by the clerk
to the following:

        Kenneth Alan Shiffer
        SCI-D
        SCI at Dallas
        AT-1194
        Drawer K - Follies Rd.
        Dallas, PA  18612-0286

        Francis R. Filipi, Esq.
        Attorney General's Office
        Strawberry Square
        15th Floor
        Harrisburg, PA  17120

        John W. McDanel, Esq.
        Office of the District Attorney
        Columbia County
        P.O. Box 380
        Bloomsburg, PA  17815

cc:
Judge                     ( ✓ )          ( ✓ ) Pro Se Law Clerk
Magistrate Judge          (  )           (  ) INS
U.S. Marshal              (  )           (  ) Jury Clerk
Probation                 (  )
U.S. Attorney             (  )
Atty. for Deft.           (  )
Defendant                 (  )
Warden                    (  )
Bureau of Prisons         (  )
Ct Reporter               (  )
Ctroom Deputy             (  )
Orig-Security             (  )
Federal Public Defender   (  )
Summons Issued            (  )   with N/C attached to complt. and served by:
                                 U.S. Marshal (  )     Pltf's Attorney (  )

Standard Order 93-5       (  )
Order to Show Cause       (  )   with Petition attached & mailed certified mail

to:  US Atty Gen   (  )  PA Atty Gen (  )
     DA of County  (  )  Respondents (  )

Bankruptcy Court          (  )
Other_____ (  )

MARY E. D'ANDREA, Clerk

DATE: ___8|9|01___                      BY: _____
                                            Deputy Clerk