

⑭
8-10-01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
HARRISBURG, PA

AUG 9 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| | |
|---|---|
| KENNETH ALAN SHIFFER,<br>Petitioner,<br><br>VS.<br><br>SUPERINTENDENT BEN VARNER<br>THE P.A. ATTORNEY GENERAL, AND<br>THE COLUMBIA COUNTY OFFICE OF<br>THE DISTRICT ATTORNEY,<br>Respondents. | C.A. NO. 1:CV-00-1829<br>HABEAS CORPUS ACTION<br>VIA STATE PRISONER<br>28 U.S.C. §2254<br><br>(WILLIAM W. CALDWELL, UNITED STATES DISTRICT JUDGE) |

### RESPONDENT, DISTRICT ATTORNEY OF THE COUNTY OF COLUMBIA'S ANSWER TO PETITIONER, KENNETH ALAN SHIFFER'S PETITION FOR WRIT OF HABEAS CORPUS

Respondent, John W. McDanel, Columbia County District Attorney, files the following Answer to the Petitioner's Petition.

1. (a) Admitted.

    (b) Admitted.

    (c) Admitted.

2. (a) Admitted.

    (b) Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7.  Denied. It is denied that the Petitioner testified at the time of Trial. And to the contrary, the fact that the Petitioner did not testify at the time of the Trial is one of the alleged habeas corpus grounds set forth by the Petitioner.

8.  Admitted.

9.  (a) Admitted.

    (b) Admitted.

    (c) Admitted.

10. Admitted.

11. (a) (1) Admitted.

        (2) Admitted.

        (3) It is admitted that said grounds were raised.

        (4) Admitted.

        (5) Admitted.

        (6) Admitted.

    (b) (1) No response required.

        (2) No response required.

        (3) No response required.

        (4) No response required.

        (5) No response required.

        (6) No response required.

    (c) (1) No response required.

    (2) No response required.

    (3) No response required.

    (4) No response required.

    (5) No response required.

    (6) No response required.

  (d) (1) Admitted.

    (2) Admitted.

    (3) No response required.

  (e) No response required.

12. (a) Denied. It is denied that the Suppression Court erred in not suppressing the eyewitness identification.

  (b) Denied. It is denied that the evidence presented was insufficient to sustain a verdict.

  (c) Denied. It is denied that counsel was ineffective for failing to permit the Petitioner to testify.

  (d) Denied. It is denied that counsel was ineffective for failing to object to the charge of reasonable doubt to the jury.

  (e) Denied. It is denied that Trial counsel was ineffective for withdrawing a Pre-Trial Motion for a change of venue or venire.

  (f) Denied. It is denied that counsel was ineffective for failing to impeach a police officer about the money in the possession of the victim.

13. No response required.

14. Admitted.

15. (a) Admitted.

    (b) Admitted.

    (c) Admitted.

    (d) Admitted.

    (e) Admitted.

    (f) Admitted.

    (g) Admitted.

16. Admitted.

17. Admitted.

    (a) No response required.

    (b) No response required.

    (c) No response required.

Respectfully submitted,

JOHN W. McDANEL, ESQUIRE
COLUMBIA COUNTY DISTRICT ATTORNEY
I.D. #50867