CC: *per attachment*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,                :
                                     :
              Petitioner             :
                                     :    CIVIL NO. 1:00-CV-1829
        v.                           :
                                     :    (Judge Caldwell)
BEN VARNER, et al.,                  :
                                     :
              Respondents            :        **FILED**
                                     :    HARRISBURG, PA
                                     :
                                          **MAY 3 1 2002**

                                          MARY E. D'ANDREA, CLERK
                  O R D E R               Per _____

        AND NOW, this 31st day of May, 2002, it is ordered that,

within twenty days of the date of this order, the District Attorney

of Columbia County shall file the following with the court:

        1.  The trial transcript.

        2.  The transcript of the pretrial
        suppression hearing dealing with eyewitness
        identification.

        3.  Petitioner's pretrial counseled
        motion to suppress the eyewitness
        identification.

        4.  Petitioner's state-court PCRA
        appellate brief (which was requested by
        order of April 24, 2002, but not supplied).

                              William W. Caldwell
                              William W. Caldwell
                              United States District Judge