# UNITED STAES DISTRICK COURT
## FOR THE
### MIDDLE DISTRICK OF PENNSYLVANIA

KENNETH ALAN SHIFFER, )
) CIVIL NO. 1:00-CV-1829
Plaintiff, )
) (Judge Caldwell)
VS. )
)
BEN VARNER, et al. )
)
Respondents. )

FILED
HARRISBURG, PA
JUN 1 9 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR EXTENSION OF TIME

The following Petition is filed by the Columbia County Districk Attorney's Office with respect to the Order of Court dated May 31, 2002 regarding the above matter:

1. Attached as Exhibit "A" is a copy of the Order filed by the Honorable William W. Caldwell with respect to the above-captioned matter.

2. Said Order requires that certain information regarding the case of the above Case be provided within twenty (20) days from May 31, 2002.

3. Said case files were in storage and were prosecuted by a previous District Attorney. Despite the best efforts of the Commonwealth, the above items Could not be located.

4. Said items are believed to be in storage either within the Courthouse, or at a separate offsite location, and an additional thirty (30) days is requested in order to attempt to locate the items requested in the Order of May 31, 2002.

**WHEREFORE**, it is respectfully requested that the Honorable District Court grant the Columbia County District Attorney's Office thirty (30) days in which to attempt to locate the items covered by the Honorable Court's Order of May 21, 2002.

Respectfully submitted,

Richard W. Knecht, Esquire

Richard W. Knecht, Esquire
Assistant District Attorney

| | | |
|---|---|---|
| KENNETH A. SHIFFER, | : | IN THE COURT OF COMMON PLEAS |
| Petitioner | : | OF THE 26TH JUDICIAL DISTRICT |
| | : | |
| VS. | : | |
| | : | |
| BEN VARNER, et al., | : | NO. 1:00 – CV-1829 |
| Respondents | : | |

### CERTIFICATE OF SERVICE

I, RICHARD W. KNECHT, ASSISTANT DISTRICK ATTORNEY FOR COLUMBIA COUNTY, hereby certify that I served a true and correct copy of the Motion for Extension of Time on June 18, 2002, by first class mail, postage prepaid, to the following individuals at the following addresses:

Kenneth A. Shiffer
SCI Dallas
Drawer K, Follies Road
Dallas, PA  18612-0286

        OFFICE OF DISTRICT ATTORNEY FOR
        COLUMBIA COUNTY

DATED:  June 18, 2002        BY: *Richard W. Knecht, Esquire*
        RICHARD W. KNECHT, ESQUIRE
        Columbia County Assistant District Attorney
        Columbia County Courthouse
        Post Office Box 380
        Bloomsburg, PA  17815
        (570) 389-5656
        I.D #41257