

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,              :
                                   :
          Petitioner               :
                                   :
     v.                            :   CIVIL NO. 1:00-CV-1829
                                   :
BEN VARNER, et al.,                :   (Judge Caldwell)
                                   :
          Respondents              :
                                   :

O R D E R

AND NOW, this 24th day of June, 2002, upon consideration of Respondents' motion to extend time (doc. 20), it is Ordered that the material referred to in this Court's order of May 31, 2002, shall be filed on or before July 19, 2002.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

