IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,    :
    Petitioner
                                       :

vs.                                  :   CIVIL ACTION NO. 1:CV-00-1829

                                       :   (Judge Caldwell)

BEN VARNER, et al.,
    Respondents               :

O R D E R

AND NOW, this 1st day of August, 2002, it is Ordered that:

    1. The petition for a writ of habeas corpus (Doc. No. 1), filed October 16, 2000, is denied.

    2. A certificate of appealability is denied.

    3. The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

FILED
AUG 1 2002
PER /s/ ASM
HARRISBURG, PA.   DEPUTY CLERK