IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER,                      :
                Petitioner          :   No. 1:CV-00-1829

    v.                                   :   CIVIL ACTION

BEN VARNER, et al.,                        :

                Respondents         :   (Judge Caldwell)

FILED
HARRISBURG,
AUG 2 7 2002
MARY E. D'ANDREA,
Per _____ Deputy Clerk

## NOTICE OF APPEAL

Notice is hereby given that Kenneth Shiffer, petitioner in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the order denying writ of habeas corpus entered in this action on the 1st day of August, 2002.

                                  Kenneth A. Shiffer
                                  AT-1194
                                  1000 Follies Road
                                  Dallas, Pa. 18612-0286

```
                    Kenneth A. Shiffer
                        AT-1194
                    1000 Follies Road
                  Dallas, Pa.  18612-0286
```

August 26, 2002

Clerk of Court                              Certified Mail
U.S. District Court                         Return Receipt Requested
228 Walnut Street
P.O. Box 983
Harrisburg, Pa.  17108

Re: Shiffer v. Varner, et al.
    1:00-cv-01829

Dear Sir or Madam:

    Please find my notice of appeal enclosed to be filed under the above case. Please take note that I have enclosed enough copies for you to serve all parties as stated in the court's local rules, FRAP 3. I have also enclosed my request to proceed in forma pauperis to be review by Judge Caldwell.

    Thank you for your time and kind attention in filing the enclosed documents.

                                                      Very truly yours,

                                                      Kenneth A. Shiffer

KAS/ghl
cc: File

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:  
KENNETH ALAN SHIFFER

    Vs

BEN VARNER, et al.

DISTRICT COURT NO.  1:00-cv-1829

CT. OF APPEALS NO. _____

NOTICE OF APPEAL FILED  August 27, 2002     COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL  \_\_\_PAID  _X_ NOT PAID  \_\_\_SEAMAN

DOCKET FEE     \_\_\_PAID  _X_ NOT PAID   \_\_\_USA

CJA APPOINTMENT: (Attach Copy of Order)

\_\_ PRIVATE ATTORNEY  
\_\_ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER  
\_\_ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:  
    (Attach Copy of Order)  
\_\_ MOTION GRANTED (IN FIRST INSTANCE)  
\_\_ MOTION DENIED (IN FIRST INSTANCE)  
\_\_ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):  
    (Attach copy of Order)  
\_\_ GRANTED  
\_\_ DENIED  
\_\_ PENDING

COPIES TO:  
Judge William W. Caldwell  
Kenneth Alan Shiffer, Petitioner  
Richard W. Knecht, Esquire  
Francis R. Filipi, Esquire  
John W. McDanel, Esquire  
PRSLC Taggart  
File Copy

PREPARED BY  Shawna L. Cihak  
                      Deputy Clerk

Date: August 27, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600  FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

*Harrisburg:    (717) 221-3920*
*Williamsport: (570) 323-6380*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

RE:      SHIFFER v. VARNER, et al.
            USDC NO: 1:CV-00-1829
            USCA NO:
            E-mail Account: All correspondence should be sent to the e-mail account:
            PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| __X__ | **Civil Prisoner Case:** Case file and docket sheet available through RACER. |
| _____ | **Non-Prisoner *Pro Se* Civil Case:** Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Civil Prisoner Case:** ___ Supplemental Record filed. Documents and docket sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** ___ Supplemental Record filed. Docket Sheet available through RACER. |

      The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date: __August 27, 2002__