

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH ALAN SHIFFER, :
                Petitioner : No. 1:CV-00-1829
     v. : CIVIL ACTION
BEN VARNER, et al., :
                Respondents : (Judge Caldwell)

FILED
HARRISBURG,
AUG 2 7 2002
MARY E. D'ANDREA,
Per ____ Deputy Clerk

## MOTION TO PROCEED IN FORMA PAUPERIS

Kenneth Shiffer, Petitioner, respectfully request to proceed in forma pauperis with his appeal, and represents:

1. Petitioner is presently an inmate incarcerated at Dallas State Correctional Institution.

2. Petitioner is presently appealing his dismissal of his writ of habeas corpus petition under section 2254.

3. Petitioner can not afford the filing fees for filing his appeal.

4. Petitioner's application to proceed forma pauperis, supporting documentation and order is attached.

WHEREFORE, petitioner respectfully request that he be permitted to proceed in forma pauperis on appeal.

Respectfully submitted,

/s/ Kenneth A. Shiffer
Kenneth A. Shiffer
AT-1194, 1000 Follies Road
Dallas, Pa. 18612-0286

# United States District Court for the MIDDLE District of Pennsylvania

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

KENNETH A. SHIFFER
(Petitioner)

District Court Case No. 1:00-CV-1829

v.

BEN VARNER, ET AL.
(Respondent(s))

I, K.A. SHIFFER, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes [ ] No [x]

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
NOMINAL PRISON WAGES

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
1986;  $200.00 PER WEEK

2. Have you received within the past twelve months any money from any of the following sources?
a. Business, profession or form of self-employment?  Yes [ ] No [x]

b. Rent payments, interest or dividends?  Yes [ ] No [x]

c. Pensions, annuities or life insurance payments?  Yes [ ] No [x]

d. Gifts or inheritances? Yes [ ] No [x]

e. Any other sources? Yes [ ] No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.  N/A

3. Do you own cash, or do you have money in a checking or savings account?
YES. PRISON ACCOUNT OF $510.80 AS OF AUGUST 21, 2002

Yes [xx] No [ ] (include any funds in prison accounts.)   $510.80
    If the answer is "yes," state the total value of the items owned. $XXX.80 AS OF 8-21-02

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
Yes [ ] No [xx]
    If the answer is "yes," describe the property and state its approximate value.
    N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
    NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2002
    (date)

_Kenneth A. Shiffer_
Signature of Petitioner


AT-1194   SHIFFER, KENNETH A.                         AUGUST 22, 2002
Certificate

    I hereby certify that the petitioner herein has the sum of $510.80 on account to his credit at the SCI-DALLAS institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said SCI-DALLAS institution: NONE.

_Marsha Combarro_
Authorized Officer of Institution
MARSHA COMBARRO, ACCOUNTING ASSISTANT
AUGUST 22, 2002