

## Return Receipt

| | |
|---|---|
| Your document: | Notice of Appeal  1:00-cv-1829 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 08/28/2002 04:21:48 PM |

