OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>215-299-4929 |

May 30, 2002

NOTICE OF DOCKETING OF APPEAL

SHIFFER
v.
VARNER, et al.

No.: 00-CV-01829

**Honorable William W. Caldwell**

FILED
HARRISBURG, PA
AUG 3 0 2002
MARY E. D'ANDREA, CLERK
Per_____

An appeal by **Kenneth Alan Shiffer** was filed in the above-caption case on August 27, 2002, and docketed in this Court on August 29, 2002, at No. **02-3370**.

Kindly use the Appeals Docket No. **02-3370** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Judith Coates** at Judith_Coates@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**