30
10/28/02
ge

## Return Receipt

| | |
|---|---|
| Your document: | 00CV1829 1ST SUPPLEMENTAL |
| was received by: | Judith Coates/CA03/03/USCOURTS |
| at: | 10/25/2002 05:04:14 PM |



FILED
HARRISBURG, PA
OCT 25 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk