OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

__Middle (Harrisburg)__   Clerk of District Court        Date __6/20/03__
(District)

__Shiffer v. Varner, et al.__       C. of A. No. __03-3370__
(Caption)

__Kenneth Allan Shiffer__
(Appellant)

__00-cv-01829__
(D.C. No.)

Enclosures:

__6/20/03_____Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

*  __X__   Record

*  _____   Partial Record

*  _____   Supplemental Record (First) (Second) (Third)

*  _____   Exhibits

*  _____   State Court Record

  __X__   Copy of this form to acknowledge receipt and return to C. of A.

  _____   Record not returned at this time until appeal(s) closed at No.(s)_____

  _____   Please forward Record to this office.

  _____   The certified copy of order issued as the mandate on_____
           is recalled.

RECEIVED JUN 23 2003 PER _____ HARRISBURG, PA. DEPUTY CLERK

                  __Danielle R. Cherry__   (267)-299-__4958__
                  Deputy Clerk            Telephone Number

              *_____ (267)-299-_____
                  Record Processor       Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 9/25/02                                      Appeals
(Record)

APS-191  April 24, 2003

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **02-3370**

KENNETH ALLAN SHIFFER
      vs.
BEN VARNER, SUPERINTENDENT, ET AL.

(M.D PA. CIV. NO. 00-CV-01829)

Present:    SLOVITER, McKEE AND SMITH, <u>CIRCUIT JUDGES</u>

    Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)
in the above-captioned case.

Respectfully,

Clerk



MMW/EAW/zm/drc

_____O R D E R_____

The foregoing request for a certificate of appealability is denied as Appellant has not made "a substantial showing of the denial of a constitutional right" on any of the claims raised in his habeas petition. See 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1040 (2003).

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

Circuit Judge

Dated: June 20, 2003
  DRC/cc: Mr. Kenneth Allan Shiffer