Kenneth A. Shiffer
AT-1194
1000 Follies Road
Dallas, Pennsylvania
18612

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania
17108

*none to it*

ORIGINAL

FILED
HARRISBURG, PA
SEP 0 4 2003
MARY E. D'ANDREA, CLERK
Per _____

RE: Civil NO 1:CV-00-1829

Dear Clerk:

    I am writing with the hope that you can provide to me both the opinion and order issued by Judge William Caldwell. I am in the process of preparing my next appeal and must have those items to enclose as exhibit. If there is any cost for the copying of these items, please let me know and I will forward that to you. If there are any questions or concerns, please contact me at the address provided. I thank you in advance for both your time and attention concerning this matter and hope to hear from you in the near future.

Respectfully,

Kenneth A. Shiffer

cc: file

Name Ken Shiffler
Number AT-1194
State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

**FILED**
HARRISBURG, PA
SEP 04 2003
MARY E. D'ANDREA, CLERK
Per _____

Office of the Clerk
228 U.S. Courthouse
Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania

INMATE MAIL
PA DEPT OF CORRECTIONS


U.S. POSTAGE $00.37
METER 713559