OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov



MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

September 17, 2003

Mr. Kenneth A. Shiffer
AT-1194
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

    Re:  <u>Shiffer v. Varner, et al.</u>, Civil No. 1:CV-00-1829

Dear Mr. Shiffer:

    I am writing in response to your recent letter in which you request a copy of the Memorandum and Order in the case referenced above.  Although there is usually a $.50 per page charge for copies, we are enclosing Documents 23 and 24 free of charge on this one occasion.

                                          Sincerely,

                                          Lois A. Fuller
                                          Pro Se Writ Clerk

laf
Enclosures