# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 23, 2003



William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

    Re:  Kenneth A. Shiffer
        v. Ben E. Varner, Superintendent, Smithfield State Correctional
        Institution, et al.
        No. 03-7006
        (Your No. 02-3370)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on September 8, 2003 and placed on the docket October 23, 2003 as No. 03-7006.

                              Sincerely,

                              **William K. Suter**, Clerk

                              by
                              Sandy Spagnolo
                              Case Analyst