m/h

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001



William K. Suter
Clerk of the Court
(202) 479-3011

A. 3rd. CIR.

January 12, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

FILED
JAN 2 6 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK

Re: Kenneth A. Shiffer
v. Ben E. Varner, Superintendent, State Correctional Institution
at Smithfield, et al.
No. 03-7006
(Your No. 02-3370)

00-CV-01829

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk